920 A.2d 651

IN THE MATTER OF MICHAEL B. SOSNOWSKI AN ATTORNEY AT LAW (ATTORNEY NO. 007291986).

May 2, 2007.

## ORDER

**MICHAEL B. SOSNOWSKI** of **AUBURN, NEW HAMP-SHIRE,** who was admitted to the bar of this State in 1986, having pleaded guilty to a one-count Information filed in the United

States District Court for the District of New Hampshire charging him with possession of child pornography in violation of 18 *U.S.C.A.* § 2252 A(a)(5)(B), a felony under federal law, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL B. SOSNOWSKI** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL B. SOSNOWSKI** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL B. SOSNOWSKI** comply with *Rule* 1:20–20 dealing with suspended attorneys.